UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:23-cv-00380

———

**Rocky Dwayne Hill,**
*Plaintiff,*

v.

**Gregg County Sheriff's Office et al.,**
*Defendants.*

———

**O R D E R**

Plaintiff, a former inmate of Gregg County Jail proceeding pro se, filed this civil-rights action under 42 U.S.C. § 1983. Doc. 9. The case was referred to a magistrate judge. Doc. 2. The magistrate judge issued a report recommending that plaintiff's case be dismissed without prejudice. Doc. 13 at 2. Specifically, the report concluded that plaintiff had failed to communicate with the court, to file a change of address notice, or to otherwise prosecute the case. *Id.* at 1–2. The court mailed a copy of the report to plaintiff's last known address, but the mail was returned as undeliverable. Plaintiff did not file objections to the report.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations.

Plaintiff's case is dismissed without prejudice for failure to prosecute. However, considering *Campbell v. Wilkinson*, the statute of limitations is suspended for 30 days from entry of final judgment. 988 F.3d 798, 801 n.1 (5th Cir. 2021) ("Where further litigation of a claim will be time-barred, a dismissal without prejudice is no less severe a sanction than a dismissal with prejudice . . . ."). Any pending motions are denied as moot.

- 1 -

*So ordered by the court on October 1, 2025.*

J. CAMPBELL BARKER
United States District Judge